**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **2:22-cr-218** |
| | : | **JUDGE JAMES L. GRAHAM** |
| **v.** | : | |
| | : | |
| **MAXIMUS OKWUDILI ADIELE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter is before the Court on the government's motion to permit defendant to make pre-sentence restitution and special assessment payments, Doc. 30. For good cause shown, the motion is **GRANTED**. Defendant may voluntarily make pre-sentence restitution and special assessment payments by certified check or money order to: U.S. District Court Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. Payments made by check or money order shall be made payable to "Clerk, U.S. District Court" and include the defendant's case number, 2:22-cr-218.

The Clerk of the Court shall accept pre-sentence payments, hold the same until sentencing, and thereafter apply those deposited funds towards the special assessment and restitution imposed against defendant in this case as provided by law and in accordance with the Clerks' standard operating procedures.

 s/ James L. Graham
HONORABLE JAMES L. GRAHAM
UNITED STATES DISTRICT JUDGE

Date: July 17, 2023